**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEVEN BENANAV, BRYAN GAGE, MONICA KOWALSKI, LINDSAY PURVEY, STEPHANIE CAUGHLIN, and KATHERINE THOMAS, on behalf of themselves and all others similarly situated, | Case No. 2:22-mc-00048-WB |
| Plaintiffs, | |
| -against- | Action Pending in W.D. Washington Case No. 2:20-CV-00421-LK |
| HEALTHY PAWS PET INSURANCE LLC, | |
| Defendant. | |

## <u>ORDER</u>

AND NOW, this __1st__ day of __December_____ , 2022, upon consideration of the

Motion for Admission *Pro Hac Vice* of Sophia G. Gold, Esquire  it is hereby ORDERED,

that the Motion is GRANTED, and Sophia G. Gold is admitted *pro hac vice* to appear before

this Court and participate in this miscellaneous action on behalf of Indemnity Insurance Company

of North America.

BY THE COURT:

/s/Wendy Beetlestone
_____ , J.